United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 13-16567-TD
Kenneth R Paiva                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2        User: admin              Page 1 of 3           Date Rcvd: Jun 17, 2013
                            Form ID: b18             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2013.
```
db           +Kenneth R Paiva,    6602 Keltonview Dr.,    Pico Rivera, CA 90660-3752
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
33548336      AMB Property, LLP,    Pier 1, Bay 1,    San Francisco, CA 94111
33548338     +C.B. Richard Ellis,    2370-2398 Pacifica Place,    Rancho Dominguez, CA 90220
33548342     +CDS Moving Equipment, Inc.,    375 West Manville St.,    Rancho Dominguez, CA 90220-5617
33548339     +Caf/Carmax Auto Finance,    Attn: Bankruptcy,    225 Chastain Meadows Ct.,
               Kennesaw, GA 30144-5942
33548340     +Cal Water,    1720 North First Street,    San Jose, CA 95112-4598
33548341     +California Business Bu,    4410 Cerritos Ave,    Los Alamitos, CA 90720-2549
33548344     +Enterprise Truck Rental & Leasing,    17120 S. Main Street,    Gardena, CA 90248-3128
33548350     +Prologics Corp.,    17777 Center Court Drive,    Cerritos, CA 90703-8567
33548351     +Sahara Dental,    433 N. 4th Street, Suite 210,    Montebello, CA 90640-4309
33548352     +Salvatore F. Cicero,    c/o Steven D. Kramar, Esq.,    Law Offices of Steven D. Kramar,
               16133 Ventura Blvd., Ste 680,    Encino, CA 91436-2404
33548354     +The Greater Alarm Company Inc.,    3750 Schaufele Ave., Ste 200,    Long Beach, CA 90808-1779
33548355     +Tower Insurance,    4244 Overland Ave,    Culver City, CA 90230-3736
33548357     +Uscb Inc,    3333 Wilshire Blvd Fl 7,    Los Angeles, CA 90010-4109
33548359     +Victoria Street Carson, Inc.,    c/o David M. Cohen, Esq.,    Sunshine Regenstreif & Taylor LLP,
               1100 Glendon Ave, 14th Floor,    Los Angeles, CA 90024-3518
33548360    #+Waste Management,    LA Metro,    PO Box 7814,    Baldwin Park, CA 91706-7814
33548361     +Wells Fargo Financial,    Wells Fargo Dealer Srvs,    PO Box 3569,
               Rancho Cucamonga, CA 91729-3569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: BEMILLER.COM Jun 18 2013 04:38:00      Elissa Miller (TR),    SulmeyerKupetz,    333 S Hope St,
               35th fl,    Los Angeles, CA 90071-1406
smg           EDI: EDD.COM Jun 18 2013 04:38:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Jun 18 2013 04:38:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
               P.O. Box 2952,    Sacramento, CA  95812-2952
33548337     +EDI: BANKAMER.COM Jun 18 2013 04:38:00      Bank of America,    Attn: Bankruptcy/MC: NC4-105-03-14,
               PO Box 26012,    Greensboro, NC 27420-6012
33548345     +EDI: RMSC.COM Jun 18 2013 04:38:00      Gemb/JC Penny,    Attention: Bankruptcy,    Po Box 103104,
               Roswell, GA 30076-9104
33548349     +EDI: IRS.COM Jun 18 2013 04:38:00      IRS Deparatment of Treasury,    Internal Revenue Service,
               Ogden, UT 84201-0001
33548346     +EDI: IRS.COM Jun 18 2013 04:38:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
33548356     +E-mail/Text: USTPregion16.LA.ECF@USDOJ.GOV Jun 18 2013 04:09:07      US Trustee,
               725 So. Figueroa Street, Ste 2600,    Los Angeles, CA 90017-5413
                                                                                               TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
33548347*    +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
33548348*    +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
33548353*    +Salvatore F.Cicero,    c/o Steven D. Kramar, Esq.,    Law Offices of Steven D. Kramar,
               16133 Ventura Blvd., Ste 680,    Encino, CA 91436-2404
33548358*    +Uscb Inc,    3333 Wilshire Blvd Fl 7,    Los Angeles, CA 90010-4109
33548343    ##+Central Finl Control,    Po Box 66051,    Anaheim, CA 92816-6051
                                                                                   TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0973-2          User: admin              Page 2 of 3              Date Rcvd: Jun 17, 2013
                              Form ID: b18             Total Noticed: 26

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2013**                    **Signature:**  _/s/ Joseph Speetjens_

```
District/off: 0973-2           User: admin              Page 3 of 3              Date Rcvd: Jun 17, 2013
                               Form ID: b18             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2013 at the address(es) listed below:
          Elena   Steers    on behalf of Debtor Kenneth R Paiva steerslaw@yahoo.com
          Elissa   Miller (TR)    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                                       TOTAL: 3

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Kenneth R Paiva
aka Kenneth Robert Paiva, aka Ken Paiva

**BANKRUPTCY NO.** 2:13−bk−16567−TD

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−9929
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 6/17/13

**Address:**
6602 Keltonview Dr.
Pico Rivera, CA 90660

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: June 17, 2013

**Kathleen J. Campbell**
Clerk of the Court

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 12/2011) VAN−30                                                                                       15 / MS

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.